987 A.2d 715

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Michael COOPER, Respondent.**

Supreme Court of Pennsylvania.

Dec. 29, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Are the Superior Court's holdings in *Commonwealth v. Mincavage,* 945 A.2d 233 (Pa.Super.2008), and in the present case, in direct conflict with the Rules of Criminal Procedure and Rules of Appellate Procedure, specifically Pa.R.Crim.P. 720 and 721 and Pa.R.A.P 1701 and 3304?